

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE COUNTY CRIMINAL COURT NO. 4 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 30th of April, 2015, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| STEVE OROCIO, Appellant | On Appeal from the County Criminal Court No. 4, Dallas County, Texas |
| No. 05-14-01505-CR          V. | Trial Court Cause No. M13-15128-E. Opinion delivered by Chief Justice Wright, |
| THE STATE OF TEXAS, Appellee | Justices Myers and Brown participating. |

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 10th day of July, 2015.

_____
LISA MATZ, Clerk